UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 02-22061-CIV-UNGARO-BENAGES

BMO NESBITT BURNS, INC., BCE INC.,
CASECADES, INC., ESARABEE INVESTMENTS
LIMITED, FAIRMONT HOTEL & RESORTS, INC.,
FÉDÉRATION DES CAISSES DEJARDINS DU
QUÉBEC, FONDS DE SOLIDARITÉ DES
TRAVAILLEURS DUE QUÉBEC (F.T.Q.),
FREEMARK HOLDINGS, INC., LOBLAWS, INC.,
M&S SPORTS, INC., PROVIGO, INC., TELEMEDIA
COMMUNICATIONS, INC., 98362 CANADA, INC.,
and 114114 CANADA, INC.,
    Plaintiffs,

vs.

JEFFREY H. LORIA, DAVID SAMSON, ALLAN
"BUD" SELIG, OFFICE OF THE COMMISSIONER
OF BASEBALL, ROBERT DUPUY, BASEBALL
EXPOS GP, INC., and BASEBALL EXPOS L.P.,
    Defendants.
_____/


FILED by _____ D.C.
DKTG
FEB 1 1 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER CONFIRMING ARBITRATION AWARD AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS LORIA AND SAMSON

THIS CAUSE is before the Court upon the stipulation for requesting order confirming arbitration award, filed February 10, 2005, and upon the status conference convened on February 11, 2005, at which counsel for Plaintiffs and for Defendants Jeffrey H. Loria and David Samson were present.

THE COURT has considered the stipulation and the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the final arbitral award, dated November 15, 2004, in the arbitration entitled *BMO v. Nesbitt Burns, Inc., et al. v. Double Play Company, et al.*, 50 T 180 00387 02 ICDR, is CONFIRMED as to all parties to that arbitration, specifically nonparties



JHL Holdings Company and Double Play Company and Plaintiffs BMO Nesbitt Burns, Inc., BCE Inc., Cascades Inc., Esarbee Investment Limited, Fairmont Hotel & Resorts Inc., Fédération des Caisses Desjardins du Québec, Fonds de Solidarité des Travailleurs du Québec (F.T.Q.), Freemark Holdings Inc., Loblaws Inc., M&S Sports Inc., Provigo Inc., Telemedia Communications Inc., 98362 Canada Inc., 114114 Canada Inc., Jeffrey H. Loria and David Samson. It is further

ORDERED AND ADJUDGED that this cause is DISMISSED WITH PREJUDICE as to Defendants Loria and Samson pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) upon Plaintiffs' and Defendants Loria and Samson's consent to the dismissal of this action. The Court retains jurisdiction over this cause to award costs and does not retain jurisdiction over disputes regarding the parties' attorneys' fees.

DONE AND ORDERED in Chambers at Miami, Florida, this 11 day of February, 2005.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record